ALEX. MITCHELL and others *v.* I. E. WEST, Clerk, &c.

(For the Syllabus, see the preceding case of *Mitchell* and others v.
*Kilburn*, Treasurer, &c., page 483 )

This was a SPECIAL PROCEEDING under the Act of March
3rd, 1875, heard before *Seymour J.* at Chambers in CRAVEN
county, October 16th, 1875.

The plaintiffs filed an affidavit that they had made diligent
enquiry as to the sufficiency of the official bond of the defen-
dant who is Clerk of the Superior Court of Craven county,
and they believed the same is insufficient in the ability of the
sureties thereto.

Upon this affidavit the court issued an order to the defen-dant to appear at Chambers on the 9th of October, 1875 and justify said bond by evidence other than that of himself or his sureties.

The case was continued until October 16th, when all the parties being present the defendant moved to vacate the order and dismiss the proceeding. on the ground that the Act of March 3rd, 1875, was unconstitutional.. The motion was overruled and the defendant appealed.

*Green, Stevenson* and *Lehman,* for the appellants.
*Hubbard,* contra.

BYNUM J.   This is a proceeding against the Clerk of the Superior Court of Craven county, to cause him to justify his bond as Clerk.   The opinion and judgment of the court in the case of *Mitchell, et al,,* v *Hubbs* and *Kilburn,* decided at this term of the court apply to this case.

PER CURIAM.                              Appeal dismissed.